FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Henriques Douglas

(Enter above the full name of the plaintiff in this action)

V.

Acting W. Charles warren

Ex W. Robert Smith

Ex Medical Director Kristina smith

(Enter the full name of the defendant of defendants in this action)

**COMPLAINT**

Civil Action No. _____

(To be supplied by the Clerk of the Court)

RECEIVED

FEB - 6 2023

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## INSTRUCTIONS; READ CAREFULLY

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and   subscribed to under penalty of perjury as being true and correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should  contain (1) a short and plain statement of the grounds upon which the court's  jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of each defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $402.00 (a filing fee of $350.00, and an administrative fee of    $52.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant.  See Rule 4, Federal Rule of Civil Procedure.

6.    If you cannot prepay the $402.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.    If you are given permission to proceed in forma pauperis, the $52.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.    Jurisdiction is asserted pursuant to (CHECK ONE)

_√_    42 U.S.C. §1983 (applies to state prisoners)

____    Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

1b.    Indicate whether you are a prisoner or other confined person as follows:

_√_ Pretrial detainee

__ Civilly-committed detainee

__ Immigration detainee

__ Convicted and sentenced state prisoner

__ Convicted and sentenced federal prisoner

__ Other: (please explain)_____

2.    Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.    Parties to previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s):_____

_____

b.    Court and docket number:_____

c.    Grounds for dismissal: ( )    frivolous    ( ) malicious

( )    failure to state a claim upon which relief
may be granted

d.    Approximate date of filing lawsuit:_____

e.    Approximate date of disposition:_____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement?_____

4.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.    Name of plaintiff: Henriques    Douglas _____

Address: 35 Hackensack Ave  Kearny, NJ 07032

Inmate#: 355671

b.    First defendant:

Name: Acting Warden Charles Warren

Official position: Acting Warden of C C D C C

Place of employment: Cumberland County Dept of corrections

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Failed to Establish a covid-19 policy during this deadly pandemic and as a result created cruel and unsanitary conditions in various ways that put my life and health at risk

c.    Second defendant:

Name: Ex Warden Robert Smith

Official position: Ex Warden of C C D C C

Place of employment: Cumberland County Dept of corrections

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Failed to Establish a covid-19 policy during this deadly pandemic and as a result created cruel and unsanitary conditions in various ways that put my life and health at risk.

d.    If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5.  I previously have sought informal or formal relief from the appropriate
    administrative officials regarding the acts complained of in the
    Statement of Claims on page 6.

    ✓ Yes        ___ No

    If your answer is "Yes," briefly describe the steps taken, including how
    relief was sought, from whom you sought relief, and the results.

    A class Action was filed in civil case No: 20-cv-07907 N-L-
    KMW in which we were grant all our demands in a motion
    for perliminary injuction based on these issues NC demands.
    Just health being leprodized.

    If your answer is "No," briefly explain why administrative remedies
    were not exhausted.

    _____

    _____

    _____

    _____

6.  Statement of Claims

    (State here as briefly as possible the facts of your case. Describe how
    each defendant violated your rights, giving dates and places. If you do
    not specify how each defendant violated your rights and the date(s)
    and place of the violations, your complaint may be dismissed. Include
    also the names of other persons who are involved, including dates and
    places. Do not give any legal arguments or cite any cases or statutes.
    If you intend to allege a number of related claims, number and set
    forth each claim in a separate paragraph. Use as much space as you
    need. Attach a separate sheet if necessary.)

    My name is Douglas Henriques. I was currently incarcerated at
    Cumberland county Jail in bridgeton nj 08302. During my stay
    there in June of 2021 i was on a unit that had nine "9"
    inmates with covid. The nine inmates that attracted covid was
    never placed on a quarantine unit nor was the nine inmates
    removed from the unit that i was housed on. one of the
    nine inmates was my roommate. The Jail failed to comply

with the covid-19 policy. They was never giving us bleach nor disinfectants regularly. Instead the Jail was giving us watery down chemicals every three "3" days. The nurses come on the unit but failed to properly treat the nine inmates i the unit with a covid-19 test i medical attention. During my stay there i became nauseated, light headed, losing my breath, became hot, sweaty i lost of taste buds. I wrote several medical request but was never called down due to the fact that nine inmates on my unit had covid. The nurse i warden failed to comply with the covid-19 safety protocols by not giving us random covid-19 testing, masks, proper chemicals to clean with i etc.

7. Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

Provide any and all damages deemed fit by the courts for cruel conditions, health issues, mental conditions that jeopardized my life as well as my health in and out of Jail family concerns as far as the spread of covid-19.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

8.    Do you request a jury or non-jury trial? (Check only one)

   (√) Jury Trial ( ) Non-Jury Trial


I declare under penalty of perjury that the foregoing is true and correct.


Signed this _01_ day of _January_ , 20_2_ _3_


                    _MR. Douglas Henriques_
                    Signature of plaintiff*


(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT
HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF.
REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).

My name is Douglas Henriques. I was currently incarcerated at Cumberland County Jail in bridgeton nj 08302. During my stay there, the unit i was housed on nine "9" inmates came across covid. The nine inmates that attracted covid was never placed on a quarantine unit nor was the nine inmates removed from the unit that i was housed on. One of the nine inmates was my roommate. The Jailed failed to comply with the covid-19 policy. They was never giving us bleach nor disinfections Regularly. Instead the Jail was giving us watery down chemicals every Three "3" days. The nurses came on the unit but failed to properly treat the nine inmates ' the unit with a covid-19 test ' medical attention. During my stay there i became nauseated, light headed, losing my breath, became hot, ' sweaty, lost of taste buds.' I wrote several medical request but was never called down due to the fact that nine inmates on my unit had covid. The nurses ' warden failed to comply with the covid-19 safety protocols by not giving us random covid-19 testing, masks, proper chemicals to clean with ' etc.....