IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DOUGLAS HENRIQUES

                Plaintiff,

                v.

FORMER ASSISTANT WARDEN CHARLES WARREN, FORMER WARDEN RICHARD T. SMITH, MEDICAL DIRECTOR KRISTINA SMITH, CUMBERLAND COUNTY, NEW JERSEY AND JOHN AND JANE DOES 1-10.

                Defendants.

# ORDER

Case No. 1:23-cv-00655-NLH-AMD

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED by** Plaintiff Douglas Henriques, by and through his undersigned counsel, that the above-captioned action shall be and hereby is voluntarily dismissed without prejudice against the plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each party to bear its own respective attorneys' fees, costs, and disbursements.

Dated: July 10, 2024

New York, New York

**So Ordered.**

*/s/ Edward S. Kiel*
**Edward S. Kiel, U.S.D.J.**
**Date: July 11, 2024**

KELLEY DRYE & WARREN LLP

_____
Vincent P. Rao II
One Jefferson Road
2nd Floor
Parsippany, NJ 07054
Phone: 973-503-5900
Email: vrao@kelleydrye.com
*Attorneys for Plaintiff*